IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TRUSTEES OF THE PLUMBERS AND )
PIPEFITTERS NATIONAL PENSION )
FUND, )
)
      Plaintiffs, )
)
v. )  Civil Action No. 1:11-cv-653-LO-TRJ
)
BARKO, INC., )
)
      Defendant. )

## ORDER

Before the Court is the Report and Recommendation of the Magistrate Judge dated October 3, 2011, recommending entry of a default judgment against Barko, Inc. ("Defendant") in the amount of $5,760.08, plus interest accruing from September 30, 2011, at a rate of twelve percent (12%) per annum. (Dkt. No. 12). Defendant has not filed any objections to the Report and Recommendation.

The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendation of the Magistrate Judge. Accordingly, it is hereby

ORDERED that judgment is entered against Defendant in the amount of $5,760.08, plus interest accruing from September 30, 2011, at a rate of twelve percent (12%) per annum. Further, Defendant is

ENJOINED from violating the terms of Plaintiffs' employee benefit plan and is

ORDERED to submit timely contributions and reports to Plaintiffs' funds.

November 1, 2011
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge